UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MIRANDA,<br><br>    Petitioner,<br><br>  v.<br><br>G. LEWIS, warden,<br><br>    Respondent.<br>_____ / | No. C 12-3658 SI (pr)<br><br>**ORDER FOR REPLY FROM RESPONDENT** |

Petitioner has filed an opposition to respondent's motion to dismiss. Respondent must file and serve a reply to petitioner's opposition no later than **November 16, 2012**.

IT IS SO ORDERED.

DATED: November 2, 2012

                                        SUSAN ILLSTON
                                  United States District Judge