**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO MIRANDA,

    Petitioner,

v.

G. LEWIS, warden,

    Respondent.
_____/

No. C 12-3658 SI (pr)

**ORDER FOR REPLY FROM RESPONDENT**

Petitioner has filed an opposition to respondent's motion to dismiss. Respondent must file and serve a reply to petitioner's opposition no later than **November 16, 2012**.

IT IS SO ORDERED.

DATED: November 2, 2012

_Susan Illston_
SUSAN ILLSTON
United States District Judge