UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO MIRANDA,

    Petitioner,

  v.

G. LEWIS, warden,

    Respondent.
                                       /

No. C 12-3658 SI (pr)

**ORDER EXTENDING DEADLINE FOR REPLY**

    Respondent has filed an *ex parte* request for an extension of time to file his reply brief in support of his motion to dismiss. Having considered the request and the accompanying declaration of attorney Brian Kinney (as well as the opposition of petitioner), the court GRANTS respondent's request. (Docket # 10.) Respondent must file and serve his reply brief no later than **December 21, 2012**.

    IT IS SO ORDERED.

DATED: November 29, 2012

                                                  SUSAN ILLSTON
                                                  United States District Judge