**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MIRANDA, | No. C 12-3658 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. LEWIS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 27, 2013

_____
SUSAN ILLSTON
United States District Judge